**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHEVON DORCE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 22-cr-10325-FDS |

<u>**MOTION TO MODIFY CONDITIONS OF RELEASE**</u>

Defendant Chevon Dorce, by and through her undersigned counsel, hereby moves this Court for an Order modifying her conditions of release by changing the end time of her required curfew from 5:00 a.m. to 4:30 a.m. in order to accommodate her new work schedule.  As grounds for this Motion, undersigned counsel states as follows:

1.      On November 7, 2022, this Court issued an Order releasing Ms. Dorce on certain conditions, including the condition that she be on electronic monitoring with a requirement that she be at her residence between 12:00 a.m. and 5:00 a.m. each day.  *See* Order Setting Conditions of Release (Dkt. 10) at ¶ 7(p).  The 5:00 a.m. time was established in order to ensure that Ms. Dorce would have time to travel to her then-current place of employment in Ipswich, Massachusetts by the start of her daily work shifts, which commenced at 6:00 a.m. each day.

2.      Due to the pending charges in this case as well as Ms. Dorce's prior period of detention in this case, Ms. Dorce has lost her position with her prior employer.  Accordingly, Ms. Dorce has sought and obtained other employment in order to maintain her current significant financial obligations, including monthly rent for her family's residence and her ongoing tuition payments in support of her younger son's college education.

1

3.      Ms. Dorce has obtained new employment with another employer with operations in Franklin and Bellingham, Massachusetts.  Ms. Dorce is required to be at her place of employment by 6 a.m. each day.

4.      Pursuant to her current conditions, Ms. Dorce cannot leave her residence until 5 a.m. each day.  Due to distance and traffic, Ms. Dorce has been unable to make it to her new place of employment regularly by 6 a.m. each day.  Accordingly, she requests that her current curfew be modified to allow her to leave her residence after 4:30 a.m.

5.      Ms. Dorce is continuing to seek additional employment in order to support her family and satisfy her outstanding financial obligations.  Accordingly, she respectfully requests that the Court additionally modify her conditions of release in order to grant the Probation Office discretion to adjust her curfew times in the future in order to accommodate any verified change in her employment status and schedule.

6.       The Probation Office has assented to the request set forth in this Motion.  The United States Attorneys' Office takes no position with respect to the request set forth in this Motion.


WHEREFORE, Defendant Dorce respectfully requests that this Court modify her conditions of release to change the end time of her current curfew to 4:30 a.m., and that the Court further modify those conditions to grant the Probation Office discretion to adjust her required curfew times in the future in order to accommodate any verified change in her employment status and schedule.

Respectfully submitted,

**CHEVON DORCE,**

By her attorney,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Telephone: (617) 720-2626
E-mail:  dcloherty@toddweld.com

Dated:  December 8, 2022


<u>**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**</u>

Undersigned counsel hereby certifies that he has conferred in good faith with the United States Probation Office and the United States Attorney's Office regarding the subject matter of the foregoing Motion.  Probation assents to the relief requested herein and the United States Attorney's Office takes no position to the relief requested herein.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 8, 2022.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty