UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 22-10325-FDS |
| | ) |
| v. | ) Violations: |
| | ) |
| (1)    LAWRENCE MICHAEL NAGLE, a/k/a "Mikey," | ) **Count One**: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances |
| (2)    CHRISTOPHER NAGLE, a/k/a "Cuda," | ) (21 U.S.C. § 846) |
| (4)    JAVIER BELLO, a/k/a "Javi," | ) |
| (5)    ANTHONY BRYSON, | ) **Count Two**: Possession with Intent to Distribute 500 Grams or More of Methamphetamine; Aiding and Abetting |
| (6)    FRANTZ ADOLPHE, | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2) |
| (8)    SOYANNA LAGES, a/k/a "Soy," | ) |
| (9)    DAVID MUISE, a/k/a "Pinky," | ) **Count Three**: Possession with Intent to Distribute 50 Grams or More of Methamphetamine; Aiding and Abetting |
| (10)   DAVID DELAURI, | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2) |
| (13)   ALEXANDER VILLAR, | ) |
| (18)   EDWARD ORTIZ, | ) **Count Four**: Possession with Intent to Distribute 40 Grams of Fentanyl; Aiding and Abetting |
| (20)   YAIRA RAMOS-RIVERA, | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2) |
| (21)   JOSE GARCIA, | ) |
| (23)   CHEVON DORCE, | ) **Count Five**: Possession with Intent to Distribute Oxycodone |
| (24)   GINO CASTILLO, | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)) |
| (26)   NANCY LOPEZ, and | ) |
| (27)   SAMUEL SAILLANT | ) **Count Six**: Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| | ) (18 U.S.C. § 924(c)) |
| Defendants. | ) |
| | ) **Count Seven**: Possession with Intent to Distribute More than 400 grams of Fentanyl |
| | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)), 18 U.S.C. § 2) |
| | ) |
| | ) **Count Eight**: Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

1

)  (18 U.S.C. § 924(c), 18 U.S.C. § 2)
)
)  <u>Count Nine</u>: Felon in Possession of a Firearm
)  (18 U.S.C. § 922(g)(1), 18 U.S.C. § 2)
)
)  <u>Count Ten</u>: Possession with Intent to Distribute
)  Methamphetamine and Fentanyl
)  (21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C.
)  § 2)
)
)  <u>Count Eleven</u>: Money Laundering Conspiracy
)  (18 U.S.C. § 1956(h))
)
)  <u>Drug Forfeiture Allegation</u>:
)  (21 U.S.C. § 853)
)
)  <u>Money Laundering Forfeiture Allegation</u>:
)  (18 U.S.C. § 982(a)(1))
)
)
)

## **<u>SUPERSEDING INDICTMENT</u>**

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Controlled Substances
(21 U.S.C. § 846)

The Grand Jury charges:

Beginning on a date unknown, but no later than in or about November 2021, and continuing

through on or about October 25, 2022, in Lynn, Saugus, Salem, Revere, Lynnfield, Swampscott,

Billerica, Revere, and Everett, in the District of Massachusetts, and elsewhere, the defendants,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"
(2) CHRISTOPHER NAGLE, a/k/a "Cuda,"
(4) JAVIER BELLO, a/k/a "Javi,"
(5) ANTHONY BRYSON,
(6) FRANTZ ADOLPHE,
(8) SOYANNA LAGES, a/k/a "Soy,"
(9) DAVID MUISE, a/k/a "Pinky,"
(10) DAVID DELAURI,
(13) ALEXANDER VILLAR,
(18) EDWARD ORTIZ,
(20) YAIRA RAMOS-RIVERA,
(21) JOSE GARCIA,
(23) CHEVON DORCE, and
(24) GINO CASTILLO,

conspired with each other and with other persons known and unknown to the Grand Jury, to

knowingly and intentionally distribute and possess with intent to distribute controlled substances,

in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of

a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is

applicable to this Count.

It is further alleged that the offense charged in Count One involved 400 grams or more of

a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-

3

piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey" and (2) CHRISTOPHER NAGLE, a/k/a "Cuda."   Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to defendants (1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey," and (2) CHRISTOPHER NAGLE, a/k/a "Cuda."

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey" and (4) JAVIER BELLO, a/k/a "Javi."    Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants (1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey," and (4) JAVIER BELLO, a/k/a "Javi."

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Possession with Intent to Distribute
500 Grams or More of a Mixture or Substance Containing a Detectable Amount of
Methamphetamine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § (2))

The Grand Jury charges:

On or about January 7, 2022, in Lynnfield, in the District of Massachusetts, the defendants,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey" and
(2) CHRISTOPHER NAGLE, a/k/a "Cuda,"

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and

Title 18, United States Code, Section 2.

5

<u>COUNT THREE</u>
Possession with Intent to Distribute
50 Grams or More of a Mixture or Substance Containing a Detectable Amount of
Methamphetamine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § (2))

The Grand Jury charges:

On or about May 10, 2022, in Lynn, in the District of Massachusetts, the defendants,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey," and
(10) DAVID DELAURI,

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and

Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>
Possession with Intent to Distribute
More than 40 Grams of a Mixture or Substance Containing a Detectable Amount of Fentanyl;
Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § (2))

The Grand Jury charges:

On or about May 24, 2022, in Lynn, in the District of Massachusetts, the defendants,

(4) JAVIER BELLO and
(18) EDWARD ORTIZ,

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture

and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl]

propenamide, commonly known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and

Title 18, United States Code, Section 2.

7

<u>COUNT FIVE</u>
Possession with Intent to Distribute Oxycodone
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

On or about October 25, 2022, in Saugus, in the District of Massachusetts, the defendant,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"

did knowingly and intentionally possess with intent to distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT SIX</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

On or about October 25, 2022, in Saugus, in the District of Massachusetts, the defendant,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey",

did knowingly possess a firearm and ammunition in furtherance of a drug trafficking crime for which the person may be prosecuted in a court of the United States, to wit: possession with intent to distribute oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>COUNT SEVEN</u>
Possession with Intent to Distribute 400 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)); 18 U.S.C. § (2))

The Grand Jury charges:

On or about October 25, 2022, in Lynn, in the District of Massachusetts, the defendant,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"

did knowingly and intentionally possess with intent to distribute more than 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi) and Title 18, United States Code, Section 2.

10

<u>COUNT EIGHT</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i), 18 U.S.C. § 2))

The Grand Jury further charges:

On or about October 25, 2022, in Lynn, in the District of Massachusetts, the defendant,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"

did knowingly possess a firearm and ammunition in furtherance of a drug trafficking crime for which the person may be prosecuted in a court of the United States, to wit: possession with intent to distribute 400 grams or more of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), as charged in Count Seven of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.

11

<u>COUNT NINE</u>
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1); 18 U.S.C. § 2)

The Grand Jury charges:

On or about October 25, 2022, in the District of Massachusetts, the defendant,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition, that is two Glock 19 handguns; a Sig Sauer P220 handgun; an Anderson AM-15 .223 caliber pistol; 9mm ammunition; 45 caliber ammunition; and .223 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

12

<u>COUNT TEN</u>
Possession with Intent to Distribute Fentanyl and Methamphetamine
(21 U.S.C. §§ 841(a)(1), (b)(1)(C)); 18 U.S.C. § (2))

The Grand Jury charges:

On or about October 25, 2022, in Salem, in the District of Massachusetts, and elsewhere,

the defendants,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey" and
(24) GINO CASTILLO,

did knowingly and intentionally possess with intent to distribute N-phenyl-N- [1-(2-phenylethyl)-

4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; and

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18,

United States Code, Section 2.

## COUNT ELEVEN
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The Grand Jury charges:

From in or about August 2020, through at least in or about January 2022, in the District of Massachusetts, the defendants,

(1)     LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"
(26)    NANCY LOPEZ, and
(27)    SAMUEL SAILLANT,

conspired with each other and with others known and unknown to the Grand Jury to:

(a) conduct and attempt to conduct financial transactions, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) conduct and attempt to conduct financial transactions, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful

14

activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(c) knowingly engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000, where such property was derived from specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

15

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1.      Upon conviction of one or more of the offenses in violation of Title 21, United

States Code, Sections 841 and 846, set forth in Counts One through Four, the defendants,

(1) LAWRENCE MICHAEL NAGLE, a/k/a "Mikey,"
(2) CHRISTOPHER NAGLE, a/k/a "Cuda,"
(3) NELSON MORA, a/k/a "Nellie,"
(4) JAVIER BELLO, a/k/a "Javi,"
(5) ANTHONY BRYSON,
(6) FRANTZ ADOLPHE,
(8) SOYANNA LAGES, a/k/a "Soy,"
(9) DAVID MUISE, a/k/a "Pinky,"
(10) DAVID DELAURI,
(13) ALEXANDER VILLAR,
(14) KION SHEPHERD, a/k/a "Kilo,"
(18) EDWARD ORTIZ,
(20) YAIRA RAMOS-RIVERA,
(21) JOSE GARCIA,
(23) CHEVON DORCE,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

such offenses; and any property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, such offenses.   The property to be forfeited includes, but is not

limited to, the following assets:

    a.      All assets held in TD Ameritrade account *****5425, held in the name of
LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";



d.  $3,389.00 U.S. Currency seized on October 25, 2022 from residence of CHRISTOPHER NAGLE, a/k/a "Cuda";

e.  $42,171.00 U.S. Currency seized on October 25, 2022 from residence of CHRISTOPHER NAGLE, a/k/a "Cuda";

f.  $3,475.00 U.S. Currency seized on October 25, 2022 from residence of DAVID MUISE, a/k/a "Pinky";

g.  $37,291.00 U.S. Currency seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

h.  $26,697.00 U.S. Currency seized on October 25, 2022 from residence of LAWRENCE M. NAGLE SR., a/k/a "Big Mike";

i.  $20,495.00 U.S. Currency seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

j.  Assorted jewelry seized on October 25, 2022 from MELVIN NIEVES, a/k/a "Mel";

k.  $7,500.00 U.S. Currency seized on October 25, 2022 from JAVIER BELLO, a/k/a "Javi";

l.  $30,000.00 U.S. Currency seized on October 25, 2022 from JAVIER BELLO, a/k/a "Javi";

m.  $33,022.00 U.S. Currency in Bank of America Safe Deposit Box Number XX4 seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

n.  $83,900.00 U.S. Currency seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

o.  2022 Acura MDX Type S seized on October 25, 2022 from CHEVON DORCE;

p.  2021 Mercedes-Benz GLE53 AMG seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

q.  2017 Mercedes-Benz S-Class Sedan 4D S550 Maybach seized on October 25, 2022 from YAIRA RAMOS-RIVERA;

r.  2017 BMW X5 Utility 4D seized on October 25, 2022 from YAIRA RAMOS-RIVERA;

s.   2013 Acura RDX Utility 4D seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

t.   2015 BMW 3 Series Sedan 4D 328xi seized on October 25, 2022 from DAVID MUISE, a/k/a "Pinky";

u.   2016 Mercedes-Benz S550 Coupe 2D seized on October 25, 2022 from CHRISTOPHER NAGLE, a/k/a "Cuda";

v.   2021 Audi Q8 Utility 4D Premium Plus 55 S-Line seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

w.   2017 Subaru Outback Wagon seized on October 25, 2022 from ERICK SOLIS LOPEZ, a/k/a "Wichy";

x.   2013 Honda Civic Sedan 4D seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

y.   2019 Suzuki Dr-Z400SML9 seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

z.   2017 Mercedes-Benz S-Class Sedan 4D S550 Maybach seized on October 25, 2022 from LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

aa.   Assorted jewelry seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

bb.   Assorted sunglasses seized on October 25, 2022 from residence of CHRISTOPHER NAGLE, a/k/a "Cuda";

cc.   Assorted designer handbags seized on October 25, 2022 from residence of YAIRA RAMOS-RIVERA;

dd.   Assorted designer sunglasses seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

ee.   Assorted Goyard handbags seized on October 25, 2022 from residence LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

ff.   Black Louis Vuitton bag seized on October 25, 2022 from JAVIER BELLO, a/k/a "Javi";

gg.   Gold-colored bracelet with clear stones seized on October 25, 2022 from residence of YAIRA RAMOS-RIVERA;

hh.  Assorted jewelry seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

ii.  Assorted jewelry seized on October 25, 2022 from residence of DAVID MUISE, a/k/a "Pinky";

jj.  Assorted jewelry seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

kk.  Assorted jewelry seized on October 25, 2022 from residence of CHRISTOPHER NAGLE, a/k/a "Cuda";

ll.  Assorted jewelry in Bank of America Safe Deposit Box Number XX4 seized on October 25, 2022;

mm.  Gold necklace seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

nn.  Assorted jewelry seized on October 25, 2022 from residence of KION SHEPHERD, a/k/a "Kilo";

oo.  Assorted jewelry seized on October 25, 2022 from residence of JAVIER BELLO, a/k/a "Javi";

pp.  Smith & Wesson revolver, model Ladysmith, cal. ZZ, seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

qq.  Five (5) rounds Winchester-Western cal. 38 ammunition seized on October 25, 2022 from stash location for JAVIER BELLO, a/k/a "Javi";

rr.  Glock pistol, model 19X, cal. 9, SN: ADMU408 seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

ss.  Glock GMBH pistol, model 19Gen5, cal. 9, SN: BHTM007 seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey";

tt.  Fifteen (15) rounds of PMC cal. 9 ammunition seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey"; and

uu.  Fourteen (14) rounds of cal. 9 ammunition seized on October 25, 2022 from residence of LAWRENCE MICHAEL NAGLE, a/k/a "Mikey."

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant

to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants-

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without
        difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the property described in

Paragraph 1 above.

## MONEY LAUNDERING FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(1))

The Grand Jury further finds:

51.    Upon conviction of one or more of the offenses in violation of Title 18, United

States Code, Section 1956, set forth in Count 10, the defendants,

> (1) LAWRENCE MICHAEL NAGLE,
> (26) NANCY LOPEZ; and
> (27) SAMUEL SAILLANT

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1),

any property, real or personal, involved in such offenses, and any property traceable to such

property.   The property to be forfeited includes, but is not limited to, the following:

> a.   The real property located at 212 Hamilton Street, Saugus, Massachusetts,
> including all buildings, appurtenances, and improvements thereon, more fully
> described in a Deed recorded with the Southern Essex County Registry of
> Deeds on August 21, 2020, in Book 38848, Page 558.

52.    If any of the property described in Paragraph 51, above, as being forfeitable

pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of

the defendant --

> a.   cannot be located upon the exercise of due diligence;
>
> b.   has been transferred or sold to, or deposited with, a third party;
>
> c.   has been placed beyond the jurisdiction of the Court;
>
> d.   has been substantially diminished in value; or
>
> e.   has been commingled with other property which cannot be divided without
> difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 51 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).


A TRUE BILL


FOREPERSON


EVAN D. PANICH
JAMES E. ARNOLD
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS


District of Massachusetts: April 24, 2024
Returned into the District Court by the Grand Jurors and filed.


/s/ Leonardo T. Vieira 3:00pm
DEPUTY CLERK